Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

_____ District of Columbia

_____ Division

Wayne Jarmon

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Rudy Chow

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case: 1:26-cv-00916    JURY DEMAND
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/16/2026
Description: Employ. Discrim. (H-DECK)

Jury Trial:  *(check one)*   ☑Yes   ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Wayne Jarmon |
| Street Address | 3039 Brinkley Rd Apt 101 |
| City and County | Temple Hills, Md 20748 |
| State and Zip Code | Maryland |
| Telephone Number | 301-655-3577 |
| E-mail Address | Wjarmon2003@yahoo.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Rudy Chow |
| Job or Title *(if known)* | Chief Operating Officer |
| Street Address | 5900 MacArthur Blvd |
| City and County | Washington |
| State and Zip Code | D.C , 20016 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Washington Aqueduct Water Treatment Plant |
| Street Address | 5900 MacArthur Boulevard |
| City and County | Washington |
| State and Zip Code | DC 20016 |
| Telephone Number | |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☐  Termination of my employment.

☑  Failure to promote me.

☐  Failure to accommodate my disability.

☐  Unequal terms and conditions of my employment.

☐  Retaliation.

☐  Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

March 4, 2020

C.  I believe that defendant(s) *(check one)*:

☑  is/are still committing these acts against me.

☐  is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑  race _____

☑  color _____

☐  gender/sex _____

☐  religion _____

☑  national origin _____

☐  age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)* _____

E.  The facts of my case are as follows. Attach additional pages if needed.

I worked 120 days detail and more as a High Voltage Electrician Supervisor. I also worked as a Journeyman High Voltage Electrician as well as Supervised,Trained and inspected lower grade employees complete work duties.I also trained lower grade 2805 Electricians to 2810 High Voltage Electricians over 20 years working at Washington Aqueduct. There were two High Voltage Electrician Supervisor vacancies in the shop one is Main Electrical Supervisor and other is Assistant Supervisor. At one both positions were vacant.The Foreman Supervisor placed the Main High Voltage Supervisor positions out twice, he also placed the Assistant  High Voltage Supervisor positions out twice as well.I applied for all four times and was denied promotion to Supervisor.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 2020

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*    12/16/2025    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I am well qualified  and experience for High Voltage  Electrician Supervisor but after all four times applied for the High Voltage Electrician Supervisor positions,  I was always number two .I was treated differently from Caucasian candidate with less High Voltage experience and qualifications.Washington Aqueduct Maintenance Branch in Electrical Shop has a common pattern and practices in promoting caucasian and Hispanics to Supervisor positions.All African-American supervisors under Paul Castro all filed EEO Complaint cases against him and they were promoted to Supervisors.This has a negative impact on employment of people of a particular race.color, or national origin.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           03/13/2026

Signature of Plaintiff      Wayne Jarmon

Printed Name of Plaintiff   Wayne Jarmon

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

WAYNE JARMON

PLAINTIFF,

V.

Rudy Chow, in his official capacity as Chief Operating Officer of the Washington Aqueduct,

Defendant,

Case No.:

Complaint For Employment Discrimination

JUIRISDICTION AND VENUE

This action is brought pursuant to Title VII of the Civil Rights Act of 1964, as Amex,42 U.S.C.& 2000 et sew,to remedy discrimination on the base race (African American).

Plaintiff has exhausted his administrative remedies, having timely filed a complaint with EEOC (Appeal No. 202-500-2533) Oct, 2020 and received Notice of right to sue.

I am filing a civil action in the appropriate federal court seeking all available remedies,including: Back pay and lost of wages and benefits attorney fees and costs , front pay, compensatory and punitive damages and any other relief permitted under the law.These actions caused significant economic and emotional harm to employee .The Agency made a formal offer to settle the complaint discrimination case that offer is part of the record recognized the severity of the discrimination.may have worked 120 days and more as a High Voltage Electrician Assistant Supervisor. I also worked as a Journeyman High Voltage Electrician well as I Supervised, Trained and inspected lower grade Employees complete work duties, I also trained lower grade 2805 Electricians to 2810 High Voltage Electricians over 15 years. Sprinkle resume does not show him having more High Voltage Electrical experience as me. My electrical experience is not just 20 years as they said even with Sprinkle, I have over 20 years of industrial electrical experience.Sprinkle resume also does not show him having experience in Supervising High Voltage Electrician employees. Washington Aqueduct, Paul Castro have a history of discriminating against African Americans applying for a Supervisor position. Both at one point the High Voltage Electrician Assistant Supervisor WS-11 and the High Voltage Electrician Supervisor WS-12 positions was vacancy. I applied for the High Voltage Electrician Assistant Supervisor WS-11 position two different times twice and both times and I was number two on the list. I also applied for the High Voltage Electrician Supervisor WS-12 position made the list but no interview and no selection for that Supervisor position even though I qualified.I guess the person , Paul Castro wanted did not apply for the WS-12 supervisor position .and I was again number two on the list. after Paul, Castro hired Mario Figueroa For the high voltage assistant supervisor WS 11 position The job announcement for high voltage electrician supervisor WS 12 came out a second time after the only Being assistant supervisor for a few months while still on probation Mr.Figueroa

Applied for the High Voltage Electrician WS-12 Supervisor position and he was selected by Paul Castro
The two of the individuals thatinterviewed Mario Figueroa and Art Gepner only been wih Washington Aqueduct
A few months .During the time when when Paul Castro hired plumber shop Supervisor name Wolly a Hispanic employee, made  a statement

Respectfully,
Wayne Jarmon

*Wayne Jarmon*

3039 Brinkley Rd Apt 101
Temple Hills, MD 20748
301-655-3577
Wjarmon2003@yahoo.com